UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| HAILY DURBIN individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CARROLS CORPORATION<br><br>*Defendant*, | Case No.: 3:19-cv-01212 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Haily Durbin, by and through her counsel, Peiffer Wolf Carr & Kane, APLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) dismisses this matter, in which Defendant has filed neither an answer nor a motion for summary judgment, without prejudice.

Respectfully submitted,

Dated: January 30, 2020

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar # 6288806
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@pwcklegal.com
Email: plesko@pwcklegal.com

COUNSEL FOR THE PLAINTIFF AND THE PUTATIVE CLASS

1

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF e-filing system on this day. This system will provide notice and allow access to all counsel of record.

*/s/ Brandon M. Wise*