## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

HAILY DURBIN, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.                        Case No. 3:19-CV-1212-NJR

CARROLS CORPORATION,

        Defendant.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    This matter having come before the Court, and the Court having rendered a decision,

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal Without Prejudice dated January 30, 2020 (Doc. 24), this action was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

    **DATED:   January 31, 2010**

                                    MARGARET M. ROBERTIE,
                                    Clerk of Court

                                    **By:   s/ _Deana Brinkley_**
                                        **Deputy Clerk**

**APPROVED:** _____
               **NANCY J. ROSENSTENGEL**
               **Chief U.S. District Judge**